IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

RALPH K. WILLIAMS      :

             :

 v.          :  CIVIL NO. CCB-07-2111

             :  Criminal No. CCB-03-0351

UNITED STATES OF AMERICA   :

           ...o0o...

## **ORDER**

For the reasons stated in the accompanying Memorandum, it is hereby **ORDERED** that:

1. Petitioner's Motion to Amend § 2255 Motion is **Granted**;

2.  Petitioner's Motion to Vacate is **Denied** and **Dismissed** without an evidentiary

hearing;

3.  the Clerk is directed to **CLOSE** this case; and

4.  the Clerk shall **SEND** a copy of this Order and the accompanying Memorandum to the

Petitioner and counsel for the government.

 October 16, 2008            /s/
    Date            Catherine C. Blake
                 United States District Judge